IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| JEREMY ALLEN, CHARLES THOMAS, ZOEY HOTT, MATTHEW WHITE, MARTEZ GRIFFIN, ELIJAH TAYLOR, and RAMONA ORELLANA, , *on behalf of herself and all similarly situated individuals,*<br><br>                              Plaintiff,<br><br>v.<br><br>GLOBAL TEL*LINK CORPORATION, D/B/A ViaPath TECHNOLOGIES,<br><br>                              Defendant. | Civil Action No. 1:24-cv-827-LMB-IDD |

## PLAINTIFFS' UNOPPOSED MOTION FOR
## PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs Jeremy Allen, et al., on behalf of themselves and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby move the Court for preliminary approval of the class action settlement for the reasons outlined in their contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as **Exhibit 1**. The Defendant, Global Tel*Link Corporation, d/b/a ViaPath Technologies, does not oppose this motion.

                                                                                    **Respectfully Submitted,**

                                                                                    **Jeremy Allen, Charles Thomas, Zoey Hott, Matthew White, Martez Griffin, Elijah Taylor, and Ramona Orellana,**

                                                                                    By Counsel:

         */s/ Kristi C. Kelly*
Kristi C. Kelly, VSB #72791
Andrew J. Guzzo, VSB #82170

Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: aguzzo@kellyguzzo.com

Lydia C. Milnes (WV Bar #10598) *Pro Hac Vice*
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505
Phone: (304) 326-0188
Facsimile: (304) 326-0189
lydia@msjlaw.org

Colten Fleu (WV Bar # 12079) *Pro Hac Vice*
Mountain State Justice, Inc.
1217 Quarrier St.
Charleston, WV 25301
Phone: (304) 344-3144
Facsimile: (304) 344-3145
bren@msjlaw.org
colton@msjlaw.org

Leonard A. Bennett (VSB No. 37523)
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601
Phone: (757) 930-3660
Facsimile: (757) 930-3662
lenbennett@clalegal.com

Drew D. Sarrett (VSB No. 81658)
CONSUMER LITIGATION ASSOCIATES, P.C.
620 East Broad Street, Suite 300
Richmond, Virginia 23219
Phone: (804) 905-9900
Facsimile: (757) 930-3662
drew@clalegal.com